**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:21-cv-00338-RJC-DSC**

| | |
|---|---|
| **MARY HAGGINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | )     **ORDER** |
| | ) |
| **BANK OF AMERICA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

Pro se Mary Haggins ("Plaintiff") filed a Complaint in this matter on July 12, 2021. [Doc. 1]. On July 29, 2021, the Court reviewed Plaintiff's motion to proceed in forma pauperis. [Doc. 3]. The Court denied Plaintiff's motion without prejudice because it was internally inconsistent and conflicted with information she had recently provided to the Court in another matter. [Id.]. The Court allowed Plaintiff 14 days to either pay the filing fee or to file an amended Application to proceed in forma pauperis. [Id. at 3]. The Court advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Id.]. Plaintiff has not complied. As such, the Court will dismiss this action.[1]

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

_____

[1] The Court notes that, after Plaintiff filed the instant action, a pre-filing review system was imposed against Plaintiff in Case No. 3:21-cv-00340-MR to prevent Plaintiff's continued abuse of the judicial process by filing meritless pleadings with this Court. [Id., Doc. 8]. Pursuant to this system, all documents submitted by Plaintiff in the future, in any action in this District, will be pre-screened by the Court for content. Any proposed filings that are not made in good faith or which lack substance or merit will be returned to Plaintiff without further explanation. [Id.].

The Clerk is instructed to terminate this proceeding.

Signed: September 2, 2021

Robert J. Conrad, Jr.
United States District Judge